**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00534-CV

**KELLY D. HOLLINGSWORTH AND K. HOLLINGSWORTH & ASSOC., P.C., Appellants**

**V.**

**WALAAL CORPORATION D/B/A AMBASSADOR CAB, FARHAN RIYALE, BASHIR SALAH, E.P.D.A., INC. D/B/A ALAMO CAB, TESFAI H. SBAHTU, D.E.C.D.A., INC. D/B/A STARCAB, GIRMA WOLDE-RUFAEL, BEKELE KIDANE, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-03638**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 12, 2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE